AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| Eric Humbert | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Civil Action No. 1:05-CV-1967 |
| Paul J. Evanko, et al | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   IT IS ORDERED AND ADJUDGED that Judgment be and is hereby entered in favor of the Defendants Evanko, Miller, Pawlowski, Martinez, McVey, Tuttle, Beard, Barnacle, Zwierzyna, Corrections Doe's, BPP Doe's, PSP Doe's, and Corbett.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Sylvia H. Rambo, U.S. District Judge   on a motion for Summary Judgment.

Date: June 21, 2012

*CLERK OF COURT*

s/Paula Rowe
*Signature of Clerk or Deputy Clerk*